# United States Court of Appeals for the Federal Circuit

04-1129, 04-1147, 04-1148

LEON STAMBLER,

　　Plaintiff-Appellant,

v.

RSA SECURITY, INC.,

　　Defendant-Cross Appellant,

and

VERISIGN, INC.,

　　Defendant-Cross Appellant.

FILED DISTRICT OF DELAWARE MAR 7 3 11 PM '05

# Judgment

ON APPEAL from the　　United States District Court for the District of Delaware.

In CASE NO(S).　　01-CV-065　SLR

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

<u>AFFIRMED</u>.

ENTERED BY ORDER OF THE COURT

DATED FEB 11 2005

Jan Horbaly, Clerk

ISSUED AS A MANDATE: MAR - 4 2005



CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By _____ Date: 3/4/05